IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BRETT A. TURNQUIST, | CV 16-00073-H-DLC-JTJ |
| Plaintiff, | |
| vs. | Rule 4 Waiver of the Service of Summons |
| CANDICE BAKER, et al., | |
| Defendants. | |

TO:   The U.S. District Court for the District of Montana

The following Defendants acknowledge receipt of your request to waive

service of summons in this case.  Defendants also received a copy of the

Complaint.  I am authorized by the following Defendants to agree to save the cost

of service of a summons and an additional copy of the Complaint in this action by

not requiring that the following individuals be served with judicial process in the

case provided by Fed.R.Civ.P. 4:

Doctor Tristan E. Kohut, D.O.; Michael Weist ;
Tom McElderry ; Sgt. Nick Cook ;
Melissa Scharf ; Heidi Abbott ;
Candace Carle ; Jami Eads ;

1

The above-named Defendants understand that they will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but waive any objections to the absence of a summons or of service.

Defendants also understand that they must file and serve an answer or a motion under Rule 12 within 60 days from the date when the Request for Waiver of Service of Summons was filed and if they fail to so default judgment will be entered against them.

Date: _Nov. 17, 2016_

_Haley A. Nelson_
(Signature of the attorney
or unrepresented party)

_Haley A. Nelson_
(Printed name)

_P.O. Box 200124_
_Helena, MT 59620-0124_
(Address)

_HaleyNelson@mt.gov_
(E-mail address)

_406-444-0945_
(Telephone number)

2